UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SLOBODANKA BLAZEVSKA,
surviving and personal representative
of the ESTATE OF RISTO
BLAZEVSKI, deceased; et al.

    Plaintiffs,

    v.

RAYTHEON AIRCRAFT COMPANY,
a Kansas Corporation,

    Defendant.
_____/

No. C 05-4191 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion for summary judgment

it is Ordered and Adjudged

that the complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 12, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge